(122 So. 923)

**Charley HUDSON v. STATE.   (4 Div. 391.)**

Court of Appeals of Alabama.   Dec. 18, 1928.
Rehearing Denied April 30, 1929.

SAMFORD, J.   The charge in this indictment is purely statutory.   The question is: Did the defendant have intercourse with a girl, and was she over the age of 12 and under 16 years of age?   Time and venue being shown, the issues are narrow and simple.   The facts in this case, without dispute, prove every material averment.   Upon the record as it here appears, none of the rulings

of the court, even if error, could have affected the result. There is no error. Let the judgment be affirmed.

Affirmed.